| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____   Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Gulf Coast Maritime Supply, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-1768974** | |
| 4. | **Debtor's address** | **Principal place of business** **5922 Harvey Wilson Drive** **Houston, TX 77020** Number, Street, City, State & ZIP Code **Harris** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  __Gulf Coast Maritime Supply, Inc.__   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4931__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Gulf Coast Maritime Supply, Inc.**   Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Gulf Coast Maritime Supply, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 20, 2017**
MM / DD / YYYY

X  **/s/ Jay Goldstein**                                **Jay Goldstein**
Signature of authorized representative of debtor        Printed name

Title  **General Manager**

**18. Signature of attorney**

X  **/s/ Matthew Okin**                              Date  **December 20, 2017**
Signature of attorney for debtor                           MM / DD / YYYY

**Matthew Okin**
Printed name

**Okin Adams LLP**
Firm name

**1113 Vine St., Suite 201**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **(713) 228-4100**    Email address  **info@okinadams.com**

**00784695**
Bar number and State

## UNANIMOUS CONSENT OF THE SHAREHOLDERS
## OF GULF COAST MARITIME SUPPLY, INC.

The undersigned, constituting all of the shareholders ("Shareholders") of Gulf Coast Maritime Supply, Inc. (the "Company"), a Texas corporation, do hereby consent to the adoption of the following resolution, which resolution shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolution was adopted by the Shareholders at a duly convened meeting held for such purpose, all in accordance with the governing documents of the Company and the laws of the State of Texas.

WHEREAS, the undersigned constitute all of the Shareholders of the Company; and

WHEREAS, the Shareholders deem it to be in the best interest of the Company to file a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") for the purpose of preserving its assets (the "Chapter 11 Case").

IT IS HEREBY RESOLVED THAT:

### *Filing of Bankruptcy Petition*

In the judgment of the Shareholders, it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under chapter 11 of the Bankruptcy Code.

Jay Goldstein (the "Authorized Officer") is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") at such time as the Authorized Officer shall determine.

Upon adoption of this resolution, the Authorized Officer shall be the sole authorized representative of the Company and shall have the sole authority to conduct the affairs of the Company and bind the Company to contracts or agreements.

1

The Authorized Officer and such other officers of the Company as the Authorized Officer shall, from time to time, designate are hereby authorized and empowered on behalf of the Company to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on behalf of the Company), all necessary documents in connection with the Company's Chapter 11 Case, including, but not limited to, all schedules, statements, affidavits, motions, lists, applications, pleadings and other papers, and all amendments and supplements thereto.

The Authorized Officer and such other officers of the Company as the Authorized Officer shall, from time to time, designate are authorized and empowered on behalf of, and in the name of, the Company to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, in such form and containing such terms as the Authorized Officer shall hereafter approve, and to cause the same to be filed in the Bankruptcy Court, at such time as said member executing the same shall determine.

*Retention of Professionals*

The law firm of Okin Adams LLP shall be employed as counsel to the Company under a general retainer and, as counsel to the Company, is hereby approved to act as general bankruptcy counsel for the Company in the Chapter 11 Case.

The Authorized Officer shall be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company, to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist the Company in its Chapter 11 Case on such terms as the Authorized Member deems necessary or proper.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the 14th day of December 2017.

*[signature: Jay Howard Geller]*

_____          _____
Jay Howard Geller, Shareholder            Barbara Druss Geller, Shareholder
Gulf Coast Maritime Supply, Inc.          Gulf Coast Maritime Supply, Inc.

3

## UNANIMOUS CONSENT OF THE SHAREHOLDERS
## OF GULF COAST MARITIME SUPPLY, INC.

The undersigned, constituting all of the shareholders ("Shareholders") of Gulf Coast Maritime Supply, Inc. (the "Company"), a Texas corporation, do hereby consent to the adoption of the following resolution, which resolution shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolution was adopted by the Shareholders at a duly convened meeting held for such purpose, all in accordance with the governing documents of the Company and the laws of the State of Texas.

WHEREAS, the undersigned constitute all of the Shareholders of the Company; and

WHEREAS, the Shareholders deem it to be in the best interest of the Company to file a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") for the purpose of preserving its assets (the "Chapter 11 Case").

IT IS HEREBY RESOLVED THAT:

*Filing of Bankruptcy Petition*

In the judgment of the Shareholders, it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under chapter 11 of the Bankruptcy Code.

Jay Goldstein (the "Authorized Officer") is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") at such time as the Authorized Officer shall determine.

Upon adoption of this resolution, the Authorized Officer shall be the sole authorized representative of the Company and shall have the sole authority to conduct the affairs of the Company and bind the Company to contracts or agreements.

The Authorized Officer and such other officers of the Company as the Authorized Officer shall, from time to time, designate are hereby authorized and empowered on behalf of the Company to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on behalf of the Company), all necessary documents in connection with the Company's Chapter 11 Case, including, but not limited to, all schedules, statements, affidavits, motions, lists, applications, pleadings and other papers, and all amendments and supplements thereto.

The Authorized Officer and such other officers of the Company as the Authorized Officer shall, from time to time, designate are authorized and empowered on behalf of, and in the name of, the Company to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, in such form and containing such terms as the Authorized Officer shall hereafter approve, and to cause the same to be filed in the Bankruptcy Court, at such time as said member executing the same shall determine.

*Retention of Professionals*

The law firm of Okin Adams LLP shall be employed as counsel to the Company under a general retainer and, as counsel to the Company, is hereby approved to act as general bankruptcy counsel for the Company in the Chapter 11 Case.

The Authorized Officer shall be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company, to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist the Company in its Chapter 11 Case on such terms as the Authorized Member deems necessary or proper.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the 14th day of December 2017.

*Barbara Druss Geller*

Jay Howard Geller, Shareholder             Barbara Druss Geller, Shareholder
Gulf Coast Maritime Supply, Inc.           Gulf Coast Maritime Supply, Inc.