IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 17-60217** |
| **Gulf Coast Maritime Supply, Inc.,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

<u>**Notice of Withdrawal**</u>
**(Related to Doc. No. 82)**

**To the Honorable David R. Jones,
Chief United States Bankruptcy Judge:**

The United States withdraws its Expedited Motion for Order Compelling the Debtor to Appear and Show Cause Why the Court Should Not Terminate the Debtor's Authority to Use Cash Collateral or Appoint a Chapter 11 Trustee without prejudice. The Debtor filed the past-due monthly operating reports on October 9, 2018, and transmitted the past-due budget-to-actual comparisons on October 14, 2018.

Dated:  October 15, 2018.

                                              Respectfully submitted,

                                              RYAN K. PATRICK,
                                              United States Attorney

By:    *s/ Richard A. Kincheloe*
        Richard A. Kincheloe
        Assistant United States Attorney
        Attorney-in-Charge
        United States Attorney's Office
        Southern District of Texas
        Texas Bar No. 24068107
        S.D. Tex. ID No. 1132346
        1000 Louisiana St., Suite 2300
        Houston, Texas 77002

Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email:  Richard.Kincheloe@usdoj.gov
**Attorney for the United States**

### Certificate of Service

The undersigned certifies that he served the foregoing Notice on the parties receiving ECF notification in this case on October 15, 2018, by ECF notification.

 *s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney